1  PETER C. McMAHON (SBN. 161841)
   MCMAHON SEREPCA LLP
2  1900 S. Norfolk Street, Suite 350
   San Mateo, California 94403
3  Tel:  650-637-0600
   Fax:  650-637-0700
4  Email: peter@msllp.com

5  Attorneys for Defendants
   OURA HEALTH OY, OURARING INC.
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

12 BREES COMPANY, INC.,

13          Plaintiff,

14     v.

15 OURA HEALTH OY, OURA RING, INC. and
   DOES 1 through 10 - 10, inclusive,
16
            Defendants.
17

CASE NO.  3:24-CV-08548-VC

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE OPPOSITION TO MOTION BY PLAINTIFF BREES COMPANY, INC. TO REMAND CASE TO SAN FRANCISCO SUPERIOR COURT AND FOR AN AWARD OF COSTS, EXPENSES**

Date:  January 30, 2025
Time:  10:00 a.m.
Courtroom:  4, 17th Floor

Complaint Filed: September 23, 2024
Removal Filed:  November 27, 2024
Trial Date: TBD

CERT. OF SERVICE
3:24-CV-25-8548-VC

Before the Court is an administrative motion by Defendants Oura Health Oy and Ouraring Inc. collectively "Defendants") pursuant to Local Civil Rule 6-3 and for an order extending Defendants' time to file Oppositions to Motion By Plaintiff Brees Company, Inc. to Remand Case to San Francisco Superior Court and for an Award of Costs, Expenses, and Fees to be Paid by Defendants Oura Ring, Inc. and Oura Health and Their Counsel, Peter McMahon and McMahon Serepca LLP in the Amount of $47,239.17 ("Motion to Remand").

Having considered the parties' submissions and arguments in support of and/or in opposition to the motion, and for good cause shown:

**IT IS HEREBY ORDERED** that:

    1.    Defendant's DEFENDANTS' MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE OPPOSITION TO MOTION BY PLAINTIFF BREES COMPANY, INC. TO REMAND CASE TO SAN FRANCISCO SUPERIOR COURT AND FOR AN AWARD OF COSTS, EXPENSES  is **GRANTED**;

    2.    Defendants' Opposition to Plaintiff's Motion to Remand is to be filed on or by January 9, 2025.

**IT IS SO ORDERED.**

DATED: _____, 2025

                                                _____
                                                VINCE CHHABRIA
                                                United States District Judge